UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-536-MCE-KJN |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT & DISPOSITION |
| RAD AZARM, et al., | |
| Defendants. | |

The case was before the court for a settlement conference conducted on October 1, 2015, Pursuant to the representations of counsel for the parties, the court has now determined that the matter has settled.

The court now orders that dispositional documents are to be filed not later than December 18, 2015.

All hearing dates heretofore set in this matter are VACATED.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: October 1, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1