UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br>v.<br><br>RAD AZARM;<br>NOVA REAL ESTATE GROUP, INC., a California Corporation; and Does 1-10,<br><br>          Defendants. | Case: 2:14-cv-00536-MCE-KJN<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' stipulation, pursuant to F.R.CIV.P.41(a)(1), and good cause appearing, this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: December 22, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT